UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ILUMISYS, INC. d/b/a TOGGLED,

    Plaintiff,

v.

PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION,

    Defendant.

Case No. 2013-cv-14961

Judge Denise Page Hood

_____/

Thomas W. Cranmer (P25252)
Scott A. Warheit (P71560)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI  48098-6358
(248) 879-2000
cranmer@millercanfield.com
warheit@millercanfield.com
Co-Counsel for Plaintiff

Frank E. Scherkenbach (MA BBO 653819)
Christopher R. Dillon (admitted but not sworn,
MA BBO 640896)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210-1878
(617) 542-5070
scherkenback@fr.com
cwd@fr.com
Co-Counsel for Plaintiff
_____/

## APPEARANCE OF SCOTT A. WARHEIT

PLEASE TAKE NOTICE that Scott A. Warheit of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as co-counsel for Plaintiff ilumisys, Inc. d/b/a TOGGLED, in the above-entitled matter.

    Respectfully submitted,

    By:    s/Scott A. Warheit
          Scott A. Warheit (P71560)
          Miller, Canfield, Paddock and Stone, P.L.C.
          840 West Long Lake Road, Suite 200
          Troy, MI  48098-6358
          (248) 879-2000
          warheit@millercanfield.com
          *Co-Counsel for Plaintiff*

Dated: December 6, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2013, I electronically filed the foregoing document with the Clerk of the court using the ECF system which will send notification of such filing to the following:

- Thomas W. Cranmer: cranmer@millercanfield.com, christenson@millercanfield.com, rouman@millercanfield.com

I have also mailed by United States Postal Service the foregoing document to the following non-ECF participants:

Philips Electronics North America Corp.
c/o Registered Agent
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Philips Electronics North America Corp.
c/o Registered Agent
Corporation Trust Center
1209 N. Orange Street
Wilmington, DE 19801

Philips Electronics North America Corp.
3000 Minuteman Road
Andover, MA 01810

Respectfully submitted,

By:  s/Scott A. Warheit
Scott A. Warheit (P71560)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI  48098-6358
(248) 879-2000
warheit@millercanfield.com
*Co-Counsel for Plaintiff*

21769805.1\088888-03442