UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ILUMISYS, INC. d/b/a TOGGLED

                Plaintiff,

Case No. 2:13-CV-14961-DPH-DRG

v.

Hon: Denise Page Hood

PHILLIPS ELECTRONICS NORTH
AMERICA CORP.,

                Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Glenn E. Forbis of the law firm Harness, Dickey & Pierce, P.L.C., 5445 Corporate Drive, Suite 200, Troy, Michigan 48098, is appearing as counsel for Defendant, Phillips Electronics North America Corp. in the above-referenced matter.

Respectfully submitted,

HARNESS, DICKEY & PIERCE, PLC

s/ Glenn E. Forbis
Glenn E. Forbis (P52119)
5445 Corporate Drive, Suite 200
Troy, Michigan  48098
(248) 641-1600
gforbis@hdp.com

Dated:  January 10, 2014

## CERTIFICATE OF SERVICE

    I hereby certify that on January 10, 2014 a true and correct copy of the Appearance of Glenn E. Forbis was electronically filed with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to all attorneys of record.

                                                                  s/Glenn E. Forbis
                                                Glenn E. Forbis (P52119)
                                                Harness, Dickey & Pierce, PLC
                                                5445 Corporate Drive, Suite 200
                                                Troy, Michigan  48098
                                                (248) 641-1600
                                                gforbis@hdp.com