UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ILUMISYS, INC. d/b/a TOGGLED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP.,<br><br>　　　　Defendant. | Civil Action No. 2:13-CV-14961-DPH-DRG<br><br>Hon: Denise Page Hood |

## NOTICE OF APPEARANCE

　　PLEASE TAKE NOTICE that Christopher R. Dillon of the law firm Fish & Richardson P.C., One Marina Park Drive, Boston, Massachusetts 02210-1878, is appearing as counsel for Plaintiff, Ilumisys, Inc., d/b/a TOGGLED in the above-referenced matter.

Dated:  February 4, 2014　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Of Counsel:
　　　　　　　　　　　　　　　　　　　　Christopher R. Dillon (ADMITTED NOT
　　　　　　　　　　　　　　　　　　　　SWORN; MA No. 640,896)
　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　　One Marina Park Drive
　　　　　　　　　　　　　　　　　　　　Boston, MA  02210-1878
　　　　　　　　　　　　　　　　　　　　Tel:  (617) 542-5070
　　　　　　　　　　　　　　　　　　　　Fax: (617) 542-8906
　　　　　　　　　　　　　　　　　　　　Dillon@fr.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　ILUMISYS, INC. d/b/a TOGGLED

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2014 a true and correct copy of the Appearance of Christopher R. Dillon was electronically filed with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Christopher R. Dillon*
Christopher R. Dillon
Of Counsel:
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Tel: (617) 542-5070
Fax: (617) 542-8906
Dillon@fr.com

23159432.doc