UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ILUMISYS, INC. d/b/a TOGGLED,

    Plaintiff,

v.

PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION,

    Defendant.

Case No. 2013-cv-14961

Judge: Denise Page Hood

Magistrate Judge: David H. Grand

_____/

| | |
|---|---|
| Thomas W. Cranmer (P25252)<br>Elisa Angeli Palizzi (P52088)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>840 West Long Lake Road, Suite 200<br>Troy, MI 48098-6358<br>(248) 879-2000<br>cranmer@millercanfield.com<br>epalizzi@millercanfield.com<br>Co-Counsel for Plaintiff | Glenn E. Forbis (P52119)<br>Harness, Dickey & Pierce, PLCLC<br>5445 Corporate Drive, Suite 200<br>Troy, MI 48098<br>(248) 641-1600<br>Counsel for Defendant |

Frank E. Scherkenbach (MA BBO 653819)
Christopher R. Dillon (admitted but not sworn,
MA BBO 640896)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
(617) 542-5070
scherkenback@fr.com
cwd@fr.com
Co-Counsel for Plaintiff

_____/

## APPEARANCE OF ELISA ANGELI PALIZZI

PLEASE TAKE NOTICE that Elisa Angeli Palizzi of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as co-counsel for Plaintiff Ilumisys, Inc. d/b/a TOGGLED, in the above-entitled matter.

Respectfully submitted,

By: s/Elisa Angeli Palizzi
Elisa Angeli Palizzi (P52088)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098-6358
(248) 879-2000
epalizzi@millercanfield.com
*Co-Counsel for Plaintiff*

Dated: April 9, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2014, I electronically filed the foregoing document with the Clerk of the court using the ECF system which will send notification of such filing to the following:

- Glenn Forbis: gforbis@hdp.com, dlytle@hdp.com, pandresk@hdp.com

- Christopher Dillon: Dillon@fr.com

- Thomas W. Cranmer: cranmer@millercanfield.com, christenson@millercanfield.com, rouman@millercanfield.com

By: s/Elisa Angeli Palizzi
Elisa Angeli Palizzi (P52088)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI  48098-6358
(248) 879-2000
epalizzi@millercanfield.com
Co-Counsel for Plaintiff