UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ILUMISYS, INC. d/b/a TOGGLED,<br><br>    Plaintiff<br><br>  v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP.,<br><br>    Defendant<br><br>v.<br><br>ALTAIR ENGINEERING, INC.<br><br>    Counterclaim Defendant. | Judge:  Denise Page Hood<br><br>Magistrate Judge:  David H. Grand<br><br>Case No. 13-cv-14961-DPH-DRG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey A. Shneidman of the law firm Fish & Richardson P.C., One Marina Park Drive, Boston, Massachusetts 02210-1878, is appearing as counsel for Plaintiff Ilumisys, Inc., d/b/a TOGGLED and Counterclaim Defendant Altair Engineering, Inc. in the above-referenced matter.

Dated:  April 14, 2014

Respectfully submitted,

/s/ *Jeffrey A. Shneidman*
Of Counsel:
Jeffrey A. Shneidman (MA No. 681,612)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210-1878
Tel:  (617) 542-5070
Fax: (617) 542-8906
shneidman@fr.com

Attorneys for Plaintiff
ILUMISYS, INC. d/b/a TOGGLED
and Counterclaim Defendant, ALTAIR
ENGINEERING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2014 a true and correct copy of the Notice of Appearance of Jeffrey A. Shneidman was electronically filed with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Jeffrey A. Shneidman*
Jeffrey A. Shneidman
Of Counsel:
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210-1878
Tel:  (617) 542-5070
Fax: (617) 542-8906
shneidman@fr.com